NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER C. CIHAK,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D18-1767
　　　　　　　　　　　　　　　　　　　　)
TAMMY M. CIHAK,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Appellee.　　　　　　　　)
_____ )

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Chris M. LaBruzzo, Judge.

Charles D. Radeline of Radeline Law Firm,
PLC, Palm Harbor, for Appellant.

No appearance for Appellee.


PER CURIAM.


　　　　　　　　Affirmed.


KHOUZAM, BLACK, and BADALAMENTI, JJ., Concur.